**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 20-1208**

ANTHONY LONNIE FORBES,

Plaintiff - Appellant,

v.

SEAWORLD ENTERTAINMENT, INC.; THE BLACKSTONE GROUP, L.P.,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of Virginia, at Newport News.  Mark S. Davis, Chief District Judge.  (4:19-cv-00056-MSD-LRL)

Submitted:  July 20, 2020                                    Decided:  August 18, 2020

Before AGEE, WYNN, and FLOYD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Anthony Lonnie Forbes, Appellant Pro Se. Jimmy F. Robinson, Jr., Scott Andrew Siegner, OGLETREE DEAKINS NASH SMOAK & STEWART, PC, Richmond, Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Anthony Lonnie Forbes appeals the district court's order dismissing his complaint and denying his motions for sanctions. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Forbes v. SeaWorld Parks & Entm't*, No. 4:19-cv-00056-MSD-LRL (E.D. Va. Feb. 14, 2020). We deny Forbes' motions for injunctive relief and sanctions. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*